## CARMEN MILLER *v.* THAMES VALLEY COUNCIL FOR COMMUNITY ACTION ET AL.
### (13914)

Dupont, C. J., and Foti and Heiman, Js.

Argued November 30—decision released December 19, 1995

*Ronald M. Christensen,* for the appellant (plaintiff).

*Lucas D. Strunk,* with whom, on the brief, was *Margaret E. Corrigan,* for the appellees (defendants).

PER CURIAM. The decision of the compensation review board is affirmed.